585 A.2d 373
STATE OF NEW JERSEY v. RONALD A. PENDLETON.

September 18, 1990.

Petition for certification denied.

585 A.2d 373
STATE OF NEW JERSEY v. JOSE ANTONIO ARIAS.

September 18, 1990.

Petition for certification denied.

585 A.2d 373
STATE OF NEW JERSEY v. JESUS PEREZ.

September 18, 1990.

Petition for certification denied.

585 A.2d 373
STATE OF NEW JERSEY v. HENRY BROWN.

September 18, 1990.

Petition for certification denied.

585 A.2d 373
STATE OF NEW JERSEY v. CARL THOMPSON.

September 18, 1990.

Petition for certification denied.